## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | |
| **v.** | : | **CRIMINAL NO. 23-CR-18-JMY-1** |
| | : | |
| **JURON LITTLEJOHN** | : | |
| | : | |

## <u>ORDER</u>

**AND NOW**, this 21st day of March 2024, upon consideration of the Defendant's Motion to Suppress, the government's response thereto, and after convening a hearing on the matter, it is hereby **ORDERED** that the Defendant's Motion is **GRANTED.** The Black Polymer 80 handgun with a red trigger, loaded with 39 rounds of ammunition, seized from Mr. Littlejohn's person, as well as his post-arrest statements, are hereby **SUPPRESSED**. None of the suppressed evidence is admissible at trial for any purpose.

**IT IS SO ORDERED.**

BY THE COURT:

*/s/ John Milton Younge*
**JUDGE JOHN MILTON YOUNGE**