IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| : | |
| v. : | CRIMINAL NO. 23-CR-18-JMY-1 |
| : | |
| JURON LITTLEJOHN : | |
| : | |

### ORDER

**AND NOW**, this  13th  day of May 2024, upon consideration of the Government's Motion to Dismiss Indictment (ECF No. 45), it is hereby **ORDERED** that the motion is granted. The indictment is dismissed, and the defendant is immediately discharged.

**IT IS SO ORDERED**.

BY THE COURT:

 /s/ John Milton Younge 
**JUDGE JOHN MILTON YOUNGE**